HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CALVIN LAPORTE-ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-mj-00018-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE; ORDER** |
| vs. | |
| CALVIN LAPORTE-ANDERSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Calvin LaPorte-Anderson, that the Court continue the June 5, 2018 hearing to July 17, 2018.

Mr. LaPorte-Anderson did not request a Rule 43 waiver in this case, thus he is required to appear at the next hearing. Unfortunately, defense counsel needs additional time to review the discovery and investigate the case. The parties thus request that the Court continue Mr. LaPorte-Anderson's June 5, 2018 hearing to July 17, 2018.

//

//

//

//

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | McGREGOR W. SCOTT<br>United States Attorney |
| Date: May 24, 2018 | | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: May 24, 2018 | | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>CALVIN LAPORTE-ANDERSON |

**O R D E R**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the June 5, 2018 hearing for Calvin LaPorte-Anderson, Case No. 6:18-mj-00018-MJS, is continued to July 17, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 25, 2018          /s/ *Jeremy D. Peterson*
                                                    UNITED STATES MAGISTRATE JUDGE

LaPorte-Anderson: Stipulation to Continue