HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID HARSHAW, KY Bar # 86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
CALVIN LAPORTE-ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALVIN LAPORTE-ANDERSON,<br><br>Defendant. | Case No. 2:18-MJ-00018-JDP<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:  August 21, 2018<br>TIME   10:00 a.m.<br>JUDGE: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hannah Labaree, counsel for Calvin LaPorte-Anderson, that the Court continue the August 21, 2018 hearing to September 25, 2018 at 10:00 a.m.  Defense counsel needs additional time to review the discovery and investigate the case. The parties thus request that the Court continue Mr. LaPorte Anderson's August 21, 2018 hearing to September 25, 2018 at 10:00 a.m.

DATED: August 16, 2018                    Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ David Harshaw*
                                          DAVID HARSHAW
                                          Assistant Federal Defender

                                          Attorneys for  CALVIN LAPORTE-ANDERSON

-1-

DATED: August 16, 2018

MCGREGOR W. SCOTT
United States Attorney

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Yosemite Legal Officer
Attorney for Plaintiff

## ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the August 21, 2018, hearing for Calvin LaPorte-Anderson, Case No. 6:18-mj-00018- MJS, is continued to September 25, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __August 16, 2018__  　　　　　　　　　　　　　_/s/ Jeremy Peterson_
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE