| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DAVID HARSHAW, KY Bar # 86435 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |

Attorneys for Defendant
CALVIN LAPORTE-ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:18-MJ-00018-JDP |
| Plaintiff, | UNOPPOSED MOTION FOR WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS AND ORDER THEREON |
| v. | |
| CALVIN LAPORTE-ANDERSON, | |
| Defendant. | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the eastern District of California, the same as if Defendant were personally present, and request that this Court allow his attorney-in-fact to represent his interests. Defendant further agrees that notice to defendant's attorney that defendant's presence will be required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

Defendant lives in San Francisco. Defendant makes this request because of the time, distance and expense involved. Travel to Yosemite National Park for court appearances would be both a financial and personal hardship. Defendant wishes to limit the number of personal

-1-

court appearances and minimize the time and expense of travel to court.

The United States, represented by Susan St. Vincent, has no objection to this Motion. The next hearing, on September 25, 2018, will be the last pre-trial status hearing. Defendant understands he will have to be present at the following hearing, where either he will plea or a trial will be set.

DATED: September 17, 2018  *s/ Calvin LaPorte-Anderson*
DEFENDANT
(Defendant signed original)

DATED: September 17, 2018  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ David Harshaw*
DAVID HARSHAW
Assistant Federal Defender

Attorneys for Defendant

ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that defendant's appearance may be waived pursuant to Rule 43 at the September 25, 2018 status hearing and at any other hearing that the Court deems his appearance unnecessary.

IT IS SO ORDERED.

Dated: September 19, 2018

UNITED STATES MAGISTRATE JUDGE