1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY Bar # 5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   CALVIN LAPORTE-ANDERSON
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No.  6:18-mj-00018-MJS

12         Plaintiff,                      **STIPULATION TO CONTINUE REVIEW HEARING**

13  vs.
                                           Date:   March 24, 2020
14  CALVIN LAPORTE-ANDERSON,               Time:   10:00 a.m.
                                           Judge:  Hon. Jeremy D. Peterson
15         Defendant.

16

17     The parties, through their respective counsel, Susan St. Vincent, Acting Legal Officer,

18  counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the

19  defendant, Calvin Laporte-Anderson, hereby stipulate and jointly move this Court to continue Mr.

20  Laporte-Anderson's review hearing from March 24, 2020 until June 2, 2020, and stipulate that Mr.

21  Laporte-Anderson's term of probation be extended until July 2, 2020.

22     On October 30, 2018, Mr. Laporte-Anderson was sentenced by the Honorable Jeremy D.

23  Peterson to 18 months unsupervised probation and directed to attend AA meetings.

24     The undersigned defense counsel, having spoken with Mr. Laporte-Anderson at length,

25  believes Mr. Laporte-Anderson is in compliance with his obligations.  However, Mr. Laporte-

26  Anderson has misplaced his AA meeting attendance sheets.  In the past, the office of the Federal

27  Defender has successfully procured evidence of attendance in similar circumstances.  Due the

28  ongoing COVID-19 emergency, investigations are halted, and the undersigned requests additional

time so that Mr. Laporte-Anderson can provide evidence of this attendance at AA meetings. The government does not oppose.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated: February 21, 2020     *carca*    */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park

Dated: February 21, 2020                HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
CALVIN LAPORTE-ANDERSON

**ORDER**

Good cause appearing, the above stipulation to continue case 6:18-MJ-00018-MJS until June 2, 2020 and extend Mr. Laporte-Anderson's term of probation until July 2, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: March 24, 2020

_____
UNITED STATES MAGISTRATE JUDGE